UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OPTUM SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 1:24-cv-00535-KES-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(Doc. 6) |

Pending before the Court is the parties' stipulated request to continue the scheduling conference by 60 days on the grounds that they currently are in discussions concerning settlement and whether the action must proceed to arbitration. (Doc. 6).[1]

For good cause shown, the Court will grant the parties' request. However, the Court admonishes the parties that it will look with disfavor upon any future request for additional continuances of the scheduling conference and, instead, will expect in advance of the reset scheduling conference the filing of either a joint scheduling report or motion to stay.

///

///

---

[1] The parties captioned the stipulation as a "joint scheduling report," although the parties do not propose case management dates within that report, as required.  *See* (Doc. 5 p. 3).

Accordingly, it is HEREBY ORDERED that the scheduling conference set for August 1, 2024, be continued to October 2, 2024, at 9:00 a.m.

IT IS SO ORDERED.

Dated: **July 30, 2024**

UNITED STATES MAGISTRATE JUDGE